FILED
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

NOV 04 2014

JEFFREY P. ALLSTEADT, CLERK
PS REP. - MBM

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | Micheal | | Woods |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: Northern District of Illinois

Case number (If known) _____

☐ Check if this is an amended filing

Official Form B 3B

# Application to Have the Chapter 7 Filing Fee Waived    12/13

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

## Part 1: Tell the Court About Your Family and Your Family's Income

**1. What is the size of your family?**
Your family includes you, your spouse, and any dependents listed on Schedule J: Current Expenditures of Individual Debtor(s) (Official Form B 6J).

Check all that apply:
☑ You
☐ Your spouse
☑ Your dependents    2    3
How many dependents?    Total number of people

**2. Fill in your family's average monthly income.**

Include your spouse's income if your spouse is living with you, even if your spouse is not filing.

Do not include your spouse's income if you are separated and your spouse is not filing with you.

Add your income and your spouse's income. Include the value (if known) of any non-cash governmental assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.

If you have already filled out Schedule I: Your Income, see line 10 of that schedule.

That person's average monthly net income (take-home pay)

You................ $ 0.00
Your spouse... + $ 0.00
Subtotal........... $ 0.00

Subtract any non-cash governmental assistance that you included above.
− $ 0.00

Your family's average monthly net income
Total............... $ 0.00

**3. Do you receive non-cash governmental assistance?**
☐ No
☑ Yes. Describe............
Type of assistance
Food Stamps- 511.00

**4. Do you expect your family's average monthly net income to increase or decrease by more than 10% during the next 6 months?**
☑ No
☐ Yes. Explain.............

**5. Tell the court why you are unable to pay the filing fee in installments within 120 days.** If you have some additional circumstances that cause you to not be able to pay your filing fee in installments, explain them.

I am a single father of 2 dependents, with no income/employment. I have exhausted all cash benefits and am at risk of eviction.

Official Form B 3B    Application to Have the Chapter 7 Filing Fee Waived    page 1

Debtor 1  Micheal _____ Woods _____  Case number (if known) _____
          First Name  Middle Name  Last Name

### Part 2: Tell the Court About Your Monthly Expenses

6. **Estimate your average monthly expenses.**
   Include amounts paid by any government assistance that you reported on line 2.    $ 1,200.00

   If you have already filled out *Schedule J, Your Expenses*, copy line 22 from that form.

7. Do these expenses cover anyone who is not included in your family as reported in line 1?
   ☑ No
   ☐ Yes. Identify who........

8. Does anyone other than you regularly pay any of these expenses?
   ☑ No
   ☐ Yes. How much do you regularly receive as contributions? $_____ monthly

   If you have already filled out *Schedule I: Your Income*, copy the total from line 11.

9. Do you expect your average monthly expenses to increase or decrease by more than 10% during the next 6 months?
   ☑ No
   ☐ Yes. Explain...............

### Part 3: Tell the Court About Your Property

If you have already filled out *Schedule A: Real Property (Official Form B 6A)* and *Schedule B: Personal Property (Official Form B 6B)*, attach copies to this application and go to Part 4.

10. **How much cash do you have?**
    *Examples:* Money you have in your wallet, in your home, and on hand when you file this application
    Cash:    $ 0.00

11. **Bank accounts and other deposits of money?**
    *Examples:* Checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, and other similar institutions. If you have more than one account with the same institution, list each. Do not include 401(k) and IRA accounts.

    | | Institution name: | Amount: |
    |---|---|---|
    | Checking account: | _____ | $ 0.00 |
    | Savings account: | _____ | $ 0.00 |
    | Other financial accounts: | _____ | $ 0.00 |
    | Other financial accounts: | _____ | $ 0.00 |

12. **Your home?** (if you own it outright or are purchasing it)
    *Examples:* House, condominium, manufactured home, or mobile home

    Number  Street _____
    City _____ State _____ ZIP Code _____
    Current value:    $ 0.00
    Amount you owe on mortgage and liens:    $ 0.00

13. **Other real estate?**
    Number  Street _____
    City _____ State _____ ZIP Code _____
    Current value:    $ 0.00
    Amount you owe on mortgage and liens:    $ 0.00

14. **The vehicles you own?**
    *Examples:* Cars, vans, trucks, sports utility vehicles, motorcycles, tractors, boats

    Make: _____
    Model: _____
    Year: _____
    Mileage: _____
    Current value:    $ 0.00
    Amount you owe on liens:    $ 0.00

    Make: _____
    Model: _____
    Year: _____
    Mileage: _____
    Current value:    $ 0.00
    Amount you owe on liens:    $ 0.00

Debtor 1  Micheal _____ Woods _____    Case number (if known) _____
         First Name  Middle Name  Last Name

**15. Other assets?**   Describe the other assets:
Do not include household items and clothing.
Current value: $ 0.00
Amount you owe on liens: $ 0.00

**16. Money or property due you?**   Who owes you the money or property?   How much is owed?   Do you believe you will likely receive payment in the next 180 days?
Examples: Tax refunds, past due or lump sum alimony, spousal support, child support, maintenance, divorce or property settlements, Social Security benefits, Workers' compensation, personal injury recovery
$ 0.00   ☑ No
$ 0.00   ☐ Yes. Explain:

## Part 4: Answer These Additional Questions

**17. Have you paid anyone for services for this case, including filling out this application, the bankruptcy filing package, or the schedules?**
☑ No
☐ Yes. Whom did you pay? Check all that apply:
  ☐ An attorney
  ☐ A bankruptcy petition preparer, paralegal, or typing service
  ☐ Someone else _____
How much did you pay?
$ 0.00

**18. Have you promised to pay or do you expect to pay someone for services for your bankruptcy case?**
☑ No
☐ Yes. Whom do you expect to pay? Check all that apply:
  ☐ An attorney
  ☐ A bankruptcy petition preparer, paralegal, or typing service
  ☐ Someone else _____
How much do you expect to pay?
$ 0.00

**19. Has anyone paid someone on your behalf for services for this case?**
☑ No
☐ Yes. Who was paid on your behalf? Check all that apply:
  ☐ An attorney
  ☐ A bankruptcy petition preparer, paralegal, or typing service
  ☐ Someone else _____
Who paid? Check all that apply:
  ☐ Parent
  ☐ Brother or sister
  ☐ Friend
  ☐ Pastor or clergy
  ☐ Someone else _____
How much did someone else pay?
$ 0.00

**20. Have you filed for bankruptcy within the last 8 years?**
☑ No
☐ Yes. District _____ When ___/___/_____ Case number _____
       District _____ When ___/___/_____ Case number _____
       District _____ When ___/___/_____ Case number _____

## Part 5: Sign Below

By signing here under penalty of perjury, I declare that I cannot afford to pay the filing fee either in full or in installments. I also declare that the information I provided in this application is true and correct.

x *Micheal Woods* (signature)   x _____
Signature of Debtor 1           Signature of Debtor 2

Date 11-04-2014    Date _____
    MM/DD/YYYY         MM/DD/YYYY

Official Form B 3B    Application to Have the Chapter 7 Filing Fee Waived    page 3

Fill in this information to identify the case:

| | | | |
|---|---|---|---|
| Debtor 1 | Micheal | | Woods |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: Northern District of Illinois

Case number (if known) _____

# Order on the Application to Have the Chapter 7 Filing Fee Waived

After considering the debtor's *Application to Have the Chapter 7 Filing Fee Waived* (Official Form B 3B), the court orders that the application is:

**[ ] Granted.** However, the court may order the debtor to pay the fee in the future if developments in administering the bankruptcy case show that the waiver was unwarranted.

**[ ] Denied.** The debtor must pay the $306 filing fee according to the following terms:

| You must pay... | On or before this date... |
|---|---|
| $_____ | _____ Month / day / year |
| $_____ | _____ Month / day / year |
| $_____ | _____ Month / day / year |
| + $_____ | _____ Month / day / year |
| **Total** $ | |

If the debtor would like to propose a different payment timetable, the debtor must file a motion promptly with a payment proposal. The debtor may use *Application for Individuals to Pay the Filing Fee in Installments* (Official Form B 3A) for this purpose. The court will consider it.

The debtor must pay the entire filing fee before making any more payments or transferring any more property to an attorney, bankruptcy petition preparer, or anyone else in connection with the bankruptcy case. The debtor must also pay the entire filing fee to receive a discharge. If the debtor does not make any payment when it is due, the bankruptcy case may be dismissed and the debtor's rights in future bankruptcy cases may be affected.

**[ ] Scheduled for hearing.**

A hearing to consider the debtor's application will be held

on _____ at _____ AM / PM at _____
   Month / day / year                              Address of courthouse

If the debtor does not appear at this hearing, the court may deny the application.

_____            By the court: _____
Month / day / year                              United States Bankruptcy Judge